UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | | |
|---|---|---|
| JULIUS EARL EDWARDS, | ) | No. ED CV 10-00968-VBF (VBK) |
| Petitioner, | ) | JUDGMENT |
| v. | ) | |
| K. HARRINGTON, | ) | |
| Respondent. | ) | |

Pursuant to the Order Accepting the Findings and Recommendations of the United States Magistrate Judge,

**IT IS ADJUDGED** that the Petition for Writ of Habeas Corpus is dismissed with prejudice.

DATED: September 21, 2011

_____
PERCY ANDERSON FOR
VALERIE BAKER FAIRBANK
UNITED STATES DISTRICT JUDGE